- 1 -

| | |
|---|---|
| 1 | Your Name: **LEILA MCCOY** |
| 2 | Address: **GENERAL DELIVERY CYPRESS CA 90630** |
| 3 | Phone Number: **7265821808** |
| 4 | Fax Number: **NA** |
| 5 | E-mail Address: **SENORITA92101@ICLOUD.COM** |
| 6 | Pro Se Plaintiff |

FILED
MAR 29 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

(5) NP IFP

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 C22-01989 AGT

11 LEILA MCCOY                           Case Number   *[leave blank]*

12

13                    Plaintiff,          **COMPLAINT**

14        vs.

15 CA DEPT OF SOCIAL SERVICES ET AL

16 Orange County Dept of           DEMAND FOR JURY TRIAL

17 Social Services (Courtney Nash, Sarah Kim,   Yes ✔  No ☐

18 CA Dept of Social Services)

19                    Defendant.

20

21                           **PARTIES**

22    1.  Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

23 Name:        **LEILA MCCOY**

24 Address:     **GENERAL DELIVERY CYPRESS CA 90630**

25 Telephone:   **7265821808**

26

27

28

COMPLAINT
PAGE 1 OF 8 *[JDC TEMPLATE – Rev. 05/2017]*

2. **Defendants.** [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: CA DEPT OF SOCIAL SERVICES

Address: 744 P Street Sacramento, CA 95814

Telephone: 916-651-8848


Defendant 2:

Name: ORANGE COUNTY DEPT OF SOCIAL SERVICES

Address: 6100 CHIP AVE CYPRESS CA 90630

Telephone: 714-438-8877


Defendant 3:

Name: COURTNEY NASH

Address: 744 P Street Sacramento, CA 95814

Telephone: 916-651-8848


**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] AMERICANS WITH DISABILITIES ACT REHABILITATION ACT, 42 U.S. Code, Section 1983

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 8 *JDC TEMPLATE – Rev. 05/2017*

# VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.   Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.   Because this lawsuit arose in <u>SACRAMENTO</u> County, it should be assigned to the <u>San Francisco/Oakland</u> Division of this Court.

# STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

A  1/1/22-03/26/22 THE DEFENDANTS ACTED IN CONCERT TO DEPRIVE

PLAINTIFF OF HER RIGHTS UNDER THE ADA, REHABILITATION ACT, VIOLENCE AG[A]

WOMEN ACT IN ADMINISTRATION OF HER FEDERAL FOOD AND CASH ASSISTANCE

DEFENDANTS REFUSED TO PROVIDE ADAPTIVE EQUIPMENT, REASONABLE ACCO[

AND REFUSED TO HONOR PROTECTIONS AFFORDED UNDER FEDERAL COVID WAI[

COMPLAINT
PAGE 3 OF 8 [*JDC TEMPLATE – Rev. 05/2017*]

1    B    . PLAINTIFF REQUESTED DISABILITY ASSISTABCE AND A PIEVE OF ADAP

2    EQUIPMENT WITH A VOICE CONTROLLED SCREEN READER FOR THE BLIND IN ORI

3    TO HAVE EQUAL ACCESS TO FORMS, PUBLICATIONS, WEBSITE AND TO BE ALLOW

4    TO REVIEW HER FILE WITH ADATIVE EQUIPMENT/DISABILITY ASSISTANCE TO PRE

5    FOR HEARING BECAUSE SHE IS BLIND AND DEVELOPMENTALLY DISABLED

6    C    . PLAINTIFF REQUESTED THAT SHE BE ABLE TO HAVE HOME VISIT AND (

7    HAVE THE HEARING FROM THE LOCATION SHE WAS SHELTERING IN PLACE DUE T

8    HAVING CONGESTIVE HEART FAILURE, UNCONTROLLED TYPE 1 DIABETES AND BE

9    THE LOCAL OFFICE FOR DSS WAS CLOSED FOR MAINTENANCE/COVID REASONS

10   THE DEFENDANTS REFUSED THESE REASONABLE ACCOMODATIONS

11   D    . COURTNEY NASH AND SARAH KIM CADSS EMPLOYEES/CONTRACTOR

12   ACTED IN CONCERT WITH ORANGE COUNTY DSS AND SAN DIEGO COUNTY DSS T(

13   ILLEGALLY SANCTION AND RETALIATE AGAINST THE PLAINTII FOR IFLING A COMP

14   OF ADA VIOLAITON WITH CA FAIR EMPLOYMENT AND HOUSING: THE DEFENDANTS

15   WITHHELD HOMELESS ASSISTANCE, MEDICAL EQUIPMENT AND ADAPTIVE EQUIPN

16   E    . ALL NAMED DEFENDANTS FALSELY ACCUSED THE PLAINTIFF OF FAKIN

17   DISABILITIES AND FORCED HER OUT INTO THE PUBLIC DURING STAY AT HOME OF

18   DESPITE HAVING FULL KNOWLEDGE LOCAL HOSPITALS WERE FULL AND WOULD M

19   ADMIT OR TREAT PLAINTIFF IF SHE CONTRACTED COVID  DUE TO HER HEART/DIA

20   THERE WERE STATE AND FEDERAL COVID WAIVERS IN PLACE DEFENDANTS IGNC

21   G    . DEFENDANTS REFUSED TO PROCESS PLAINTIFF UNDER MEDICAID PR(

22   TO HAVE ASSISTED LIVING PLACEMENT, TREATMENT FOR HEART AND KIDNEY DIS

23   DISABILITY ADJUSTMENT TRAINING AND REFUSED TO ASSIST PLAINTIFF IN ACQUI

24   ADAPTIVE EQUIPMENT NECESSARY TO HAVE EQUAL ACCESS TO FEDERAL ASSIS

25   THEN ILLEGALLY SANCTIONED PLAINTIFF WHEN SHE WAS TEMPORARILY ABSENT

26   //

27   //

28

COMPLAINT
PAGE __4__ OF _8_  *[JDC TEMPLATE – Rev. 05/2017]*

**CLAIMS**

**First Claim**

*(Name the law or right violated:* AMERICANS WITH DISABILTIES ACT )

*(Name the defendants who violated it:* CADSS, OCDSS, COURTNEY NASH, SARAH KIM )

*[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were*

*harmed.  You do not need to make legal arguments. You can refer back to your statement of facts.]*

A  . COURTNEY NASH FALSELY ACCUSED PLAINTIFF OF "CHOOSING" NOT T

BE ABLE TO SEE PRINT, ACCUSED PLAINTIFF OF LYING ABOUT MOBILITY DISABILI

THE NEED FOR ACCESSIBLE TRANSPORTATION AND ADAPTIVE EQUIPMENT PRES

BY PLAINTIFFS DOCTORS AND LICENEED BLINDNESS PROFESSIONAL

B  . SARAH KIM ILLEGALLY SANCTIONED THE PLAINTIFF AND HER CHILDRE

BECAUSE THE PLAINTIFF HAD TO BE TEMPORARILY ABSEND TO RECEIVE NECESS

SPECIALIST MEDICAL CARE AND DISABILITY ADJUSTMENT TRAINING AND ORDERI

THE PLAINTIFF TO SLEEP ON THE STREET W/KIDS TO HAVE ADA ACCESS FOR HE/

C  . CA DEPT OF SOCIAL SERVICES DEPRIVED PLAINTIFF OF HER RIGHT TC

PARTICIPATE IN FEDRAL VOCATIONAL REHABILITATION TRAINING, GET URGENT M

TREATMENT FOR HER DISABLING CONDITIONS AND CHRONIC HEALTH CONDITION

AND ILLEGALLY SANCTIONED PLAINTIFF UNDER SNAP AND CALIFORNIA WORKS P

D  . ORANGE COUNTY DSS REFUSED TO REPLACE ADAPTIVE EQUIPMENT I

THE BLIND AND DISABLED ACCIDENTALLY SHIPPED TO THEIR OFFICE FOR PLAINF

THEN REFUSED TO PROVIDE LOANER IPAD/ADAPTIVE EQUIPMENT FOR PLAINTIFF

HAVE A HEARING AFTER HAVING HER ORDERED TO TRAVEL 8 HOURS TO USE AD/

E  . ORANGE COUNTY DSS SETTLED AN ADA COMPLAINT WITH PLAINTIFF

AND PROMISED REASONABLE ACCOMMODATIONS THEY FAILED TO PROVIDE AND

DEPRIVED PLAINTIFF AND HER CHILDREN THE RIGHT TO HAVE A HEARING IN THE

COUNTY WITH ADAPTIVE EQUIPMENT AND DISABILITY ASSISTANCE

//

2ND CLAIM _____ **Claim**

(*Name the law or right violated*: REHABILITATION ACT                           )

(*Name the defendants who violated it*: SARAH KIM, COURTNEY NASH, CADSS, OCDSS    )

    A   . DEFENDANTS ACTED IN CONCERT TO WITHOLD FEDERAL FOD AND CA

ASSISTANCE INCLUDING COVID HOUSING/HOMELESS ASSISTANCE IN AN EFFORT

DEPRIVE THE PLAINTIFF OF THE RIGHT TO CHOOSE HER OWN REHABILITATION

PROVIDERS, MEDICAL PROVIDERS AND DISABILITY ADJUSTMENT PROVIDERS

    B   . ALL NAMED DEFENDANTS ACTED IN CONCER TO ILLEGALLY SANCTION

PLAINTIFF UNDER CALIFORNIA WORKS REGULATIONS WHEN SHE DOES NOT PART

IN THIS PROGRAM BECAUSE SHE IS ON SSI FOR THE BLIND, ILLEGALLY WITHOLDII

BENEFITS FROM PLAINTIFF AND HER CHILDREN TO FORCE HER TO LEAVE TRAINII

    C   . ALL NAMED DEFENDANTS TOOK ADVERSE ACTIONS AGAINST THE PLA

CAUSING HER TO SUFFER FROM MEDICAL COMPLICATIONS RELATED TO HER DIA

CONGESTIVE HEART FAILURE AND DEPRIVING PLAINTIFF OF HER RIGHT TO GET N

TREATMEND TO REDUCE PAIN AND IMPROVE HER HEALTH.

    D   . PLAINTIFF ASKED FOR REASONABLE ACCOMMODATIONS AND POLICY

MODIFICATIONS TO ALLOW HER TEMPORARY ABSENCE TO GET MEDICAL TREATM

AND DISABILITY EVALUATION AND ADJUSTMENT OUT OF TOWN BECAUSE ALL PRO

IN THE LOCAL AREA WERE CLOSED DUE TO COVID, DEFENDANTS IMPOSED SANC

    E   . PLAINTIFF IS ONE OF HUNDREDS OF BLIND AND DISABLED PARENTS

EXCLUDED FROM THE OPERATION ROOM KEY PROGRAM ILLEGALLY BASED ON

FAMILIALS STATUES BECAUSE THEY HAVE CHILDRNE IN VIOLATION OF THE ADA

AND THE FAIR HOUSING ACTS: ALL DEFENDANTS NAMED ABOVED DENIED ACCES

    F   . ALL NAMED DEFENDANTS FORCED PLAINTIFF TO PREMATURELY END

MEDICAL CARE AND DISABILITY ADJUSTMENT TRAINING DEMANDING SHE BE IN C.

AND ORANGE COUNTY AND THEN LEFT SHE AND HER CHILDREN ON THE STREET

DEFENDANTS KNEW PLAINTIFF IS NOT ELIBILE FOR LOCAL SHELTER DUE TO CARI

COMPLAINT

PAGE 6 OF 8 *[JDC TEMPLATE – 05 17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

1

2   Plaintiff also believes she was denied

3   interpreter assistance because she is

4   Black Hispanic and was born in the

5   USA / is a US Citizen as all named

6   Defendants provide the requested

7   Services including paying to print

8   publications/documents in Spanish

9   and provide free interpreters to

10  White Hispanic persons who are not

11  US Citizens including homeless Cash

12  assistance, housing support services

13  and Non U's Citizens are allowed

14  to travel out of country and out of

15  State without sanction for

16  Vocational training, work, social

17  Visits and medical care,

18  Defendants Violated Civil Rights Act.

19

20

21

22

23

24

25

26

27

28

COMPLAINT

PAGE 7 OF 8 *[JDC TEMPLATE – 05/17]*

- 7 -

1

## DEMAND FOR RELIEF

2

3

*[State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

4

A___.  2 MILLION DOLLARS

5

6

7

8

9

10

11

12

13

14

15

## DEMAND FOR JURY TRIAL

16

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

17

✔  Plaintiff demands a jury trial on all issues.

18

19

20

Respectfully submitted,

21

22

Date: ___03/26/2022___    Sign Name: _____

23

Print Name:  LEILA MCCOY

24

25

26

27

28

COMPLAINT
PAGE _8_ OF _8_ *[JDC TEMPLATE – 05 17]*